No. 649. Joseph Feigin v. United States. November 20, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Charles T. Hughes* for petitioner. *Mrs. Mabel Walker Willebrandt,* Assistant Attorney General, for the United States.

No. 654. Adams-Flanigan Company v. Charles Kling et al. November 20, 1922. Petition for a writ of certiorari to the Municipal Court, City of New York, Borough of Bronx, Second District, of the State of New York, denied. *Mr. Henry E. Davis* for petitioner. *Mr. William A. Barber* for respondents.

No. 671. Don J. Casey v. United States. November 20, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Allyn Smith* for petitioner. No brief filed for the United States.

No. 675. Clarence E. Reed et al. v. Hughes Tool Company. November 20, 1922. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Edward Rector* for petitioners. *Mr. Melville Church* for respondent.

No. 681. Hon. George P. Harvey, as Judge, etc., et al. v. S. Shioji. November 20, 1922. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands, denied. *Mr. L. Russell Alden* for petitioners. No appearance for respondent.